# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

134296

JOHN D. ZACHARSKI and PENNY L.
ZACHARSKI,
      Plaintiffs-Appellants,

v

WAL-MART STORES, INC., d/b/a SAM'S CLUB,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134296
COA: 274410
Saginaw CC: 05-058518-NO

_____/

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

Clerk

t1024